### Brian GREVIOUS, Jr., Appellant

v.

### COMMONWEALTH of Pennsylvania, DEPARTMENT OF Public WELFARE, Appellees.

Supreme Court of Pennsylvania.

July 20, 2009.

#### *ORDER*

PER CURIAM.

**AND NOW,** this 20th day of July, 2009, as this Court finds the facts as pled in Appellant's Amended Petition for Review, and all reasonable inferences taken therefrom, sufficiently establish a *prima facie* case for recovery under the Whistleblower Law, 43 P.S. §§ 1421, *et seq.*, the Order of the Commonwealth Court sustaining the Department of Public Welfare's preliminary objections in the nature of a demurrer, pursuant to Pa.R.C.P. 1028(a)(4), is **REVERSED.** *McNeil v. Jordan,* 586 Pa. 413, 894 A.2d 1260, 1274 (2006) ("In evalu-